UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
VC HEALTHY LIVING, INC., VIVEK CHAUDHARY,
and CHRISTINA CHAUDHARY,

                Petitioners,         22 **CIVIL** 5549 (JHR)

    -against-                    **JUDGMENT**

ILKB, LLC,.

                Respondent.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 19, 2024, Petitioners' motion for summary judgment is GRANTED. The Clerk of Court is directed to enter judgment in favor of Petitioners consisting of the arbitration award of $758,479.00. Accordingly, the case is closed.

**Dated:** New York, New York

    August 20, 2024

                                                  **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                     **BY:**  _____
                                               **Deputy Clerk**